JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARIA CAMACHO BELTRAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITHFIELD PACKAGED MEATS CORP., a corporation dba FARMER JOHN<br><br>Defendant | Case No.: 2:22-cv-01941-JFW-AGRx<br><br>(Los Angeles Superior Court No. Case No. 21STCV46660)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |
|---|---|

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND IS HEREBY DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

Date: March 29, 2023

_____
Hon. John F. Walter
United States District Judge